UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

STUART GREENBERG, on behalf of himself and all others similarly-situated,

      Plaintiffs,

vs.                        Case No: 8:14-cv-00795-VMC-TBM

PIKE ELECTRIC CORPORATION; a Foreign Profit Corporation; PIKE ELECTRIC, LLC, a Foreign Limited Liability Company; PIKE ENTERPRISES, INC.; a Foreign Profit Corporation; a Foreign Profit Corporation; and UC SYNERGETIC, INC., a Foreign Profit Corporation,

      Defendants.

_____/

## NOTICE OF PENDENCY OF OTHER ACTIONS

In accordance with Local Rule 1.04 (c), I certify that the instant action:

__X__ IS    related to pending or closed civil or criminal case(s) previously filed in this Court, or any other Federal or State Court, or administrative agency as indicated below:

        (Closed Case) **Case No. 6:09-cv-01922**, *Alvira, Julio vs. Pike Electric, Inc.*; Middle District of Florida (Orlando)

____ IS NOT    related to any pending or closed civil or criminal case filed with this Court, or any other Federal or State court, or administrative agency.

1

Respectfully submitted this 7th day of April, 2014.

**/s/ Christina J. Thomas**
Christina J. Thomas, Esq.
Florida Bar No. 0074846
Morgan & Morgan, P.A.
20 N. Orange Ave., 14th Floor
Orlando, Florida 32801
Telephone: (407) 420-1414
Facsimile:  (407) 244-3487
Email: CThomas@forthepeople.com
*Counsel for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of this Notice and all attachments were filed this 7th day of April, 2014, using the Court's EM/ECF system. I also certify that a copies have been sent via U.S. Mail to the following: Pike Electric, LLC c/o Corporation Service Company, 1201 Hays Street, Tallahassee, Florida 32301; Pike Electric Corporation, c/o J. Erik Pike, 100 Pike way, Mounrt Airy, North Carolina 27030; Pike entrprises, Inc., c/o Kathy Webb, 100 Pike way, Mount Airy, North Carolina 27030; and UC Synergetic, Inc, c/o Pike Enterprises, Inc., attention: Kathy Webb, 100 Pike way, Mount Airy, North Carolina, 27030.

**/s/ Christina J. Thomas**
Christina J. Thomas, Esq.