UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

**STUART GREENBERG, on behalf of himself and all others similarly-situated,**

    **Plaintiffs,**

vs.                                            Case No: 8:14-cv-00795-VMC-TBM

**PIKE ELECTRIC CORPORATION; a Foreign Profit Corporation; PIKE ELECTRIC, LLC, a Foreign Limited Liability Company; PIKE ENTERPRISES, INC.; a Foreign Profit Corporation; a Foreign Profit Corporation; and UC SYNERGETIC, INC., a Foreign Profit Corporation,**

    **Defendants.**
_____/

## CERTIFICATE OF INTERESTED PERSONS
## AND CORPORATE DISCLOSURE STATEMENT

I HEREBY DISCLOSE the following pursuant to this Court's interested persons order:

1) The name of each person, attorney, association of persons, firm, law firm, partnership, and corporation that has or may have an interest in the outcome of this action – including subsidiaries, conglomerates, affiliates, parent corporations, publicly-traded companies that own 10% or more of a party's stock, and all other identifiable legal entities related to *any* party in the case:

    A. Stuart Greenberg, *Plaintiff*
    B. All other persons similarly situated to the named Plaintiff
    C. Pike Electric Corporation, *Defendant*
    D. Pike Electric, LLC, *Defendant*
    E. Pike Enterprises, LLC, *Defendant*
    F. UC Synergetic, Inc., *Defendant*

  G. Morgan & Morgan PA., *Counsel for Plaintiffs*

  H. Christina J. Thomas, Esq., *Counsel for Plaintiffs*

  I. Bernard R. Mazaheri, Esq., *Counsel for Plaintiffs*

2) The name of every other entity whose publicly-traded stock, equity, or debt may be substantially affected by the outcome of the proceedings:

  A. None other than those specified in response No. 1 above

3) The name of every other entity which is likely to be an active participant in the proceedings, including the debtor and members of the creditors' committee (or twenty largest unsecured creditors) in bankruptcy cases:

  A. None other than those specified in response No. 1 above

4) The name of each victim (individual or corporate) of civil and criminal conduct alleged to be wrongful, including every person who may be entitled to restitution:

  A. Stuart Greenberg, *Plaintiff*

  B. All other persons similarly situated to the named Plaintiff

I hereby certify that I am unaware of any actual or potential conflict of interest involving the district judge and magistrate judge assigned to this case, and will immediately notify the Court in writing on learning of any such conflict.

Respectfully submitted this <u>7th</u> day of April, 2014,

        **/s/ CHRISTINA THOMAS**
        Christina J. Thomas, Esq.
        Florida Bar No. 0074846
        Morgan & Morgan, P.A.
        20 N. Orange Ave., 14th Floor
        Orlando, Florida 32801
        Telephone: (407) 420-1414
        Facsimile: (407) 244-3487
        Email: CThomas@forthepeople.com
        *Counsel for Plaintiffs*

**CERTIFICATE OF SERVICE**

      I hereby certify that a true and correct copy of this Notice and all attachments were filed this <u>7th</u> day of April, 2014, using the Court's EM/ECF system. I also certify that a copies have been sent via U.S. Mail to the following: Pike Electric, LLC c/o Corporation Service Company, 1201 Hays Street, Tallahassee, Florida 32301; Pike Electric Corporation, c/o J. Erik Pike, 100 Pike way, Mounrt Airy, North Carolina 27030; Pike entrprises, Inc., c/o Kathy Webb, 100 Pike way, Mount Airy, North Carolina 27030; and UC Synergetic, Inc, c/o Pike Enterprises, Inc., attention: Kathy Webb, 100 Pike way, Mount Airy, North Carolina, 27030.

                                                                                  **/s/ Christina J. Thomas**
                                                                                  Christina J. Thomas, Esq.